**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v. Case No.3:05cr24/LAC

**MANUEL MARTINEZ-SERUANTES,**
 a/k/a Jesus Morales-Cervantes
_____/

## ENHANCEMENT INFORMATION

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files this enhancement information, pursuant to Title 21, United States Code, Section 851, and informs the Court that the defendant is subject to the increased penalty provisions under Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii) and (b)(1)(B)(ii), because of previous convictions, and in support thereof alleges the following:

1. The defendant was convicted in the Circuit Court of Lee County, Florida, on or about September 22, 1995, for the offense of Possession of Cocaine, in Case Number 95-1500, a felony under Florida law.

2. The defendant was convicted in the Circuit Court of Lee County, Florida, on or about July 27, 1997, for the offense of Possession of Cocaine, in Case Number 97-1784, a felony under Florida law.

WHEREFORE, notice is hereby given of the intention of the United States to invoke the increased penalty provisions under Title 21, United States Code, Section 841, against this defendant because of his prior felony convictions as outlined above.

I HEREBY CERTIFY that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

GREGORY R. MILLER
United States Attorney

*/s/ Edwin F. Knight*
EDWIN F. KNIGHT
Assistant U.S. Attorney
Florida Bar No. 0380156
21 East Garden Street
Pensacola, Florida 32501-5603
(850) 444-4000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the foregoing motion has been furnished via electronic filing to Robert Dennis, Attorney for the Defendant, 3 W. Garden Street, Pensacola, Florida 32502 and via U.S. mail to the United States Probation Office, 17 South DeVilliers Street, Pensacola, Florida, 32502, this <u>24th</u> day of March, 2005.

/s/ Edwin F. Knight
Edwin F. Knight
Assistant U. S. Attorney