IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

**SUPERSEDING INDICTMENT**

MANUEL MARTINEZ-SERUANTES,
  a/k/a Jesus Morales-Cervantes,
and
DOROTHY BACKHOFF

3:05cr24-LAC

_____/

THE GRAND JURY CHARGES:

COUNT ONE

That from on or about January 1, 2003, through the date of the return of this indictment, in the Northern District of Florida and elsewhere, the defendants,

MANUEL MARTINEZ-SERUANTES,
a/k/a Jesus Morales-Cervantes
and
DOROTHY BACKHOFF

did knowingly and willfully combine, conspire, confederate, and agree together and with other persons, to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), and that this offense involved five-hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers or salts of isomers, and five-

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 APR 20 PM 3:51

FILED

hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and (b)(1)(B)(ii).

All in violation of Title 21, United States Code, Section 846.

## CRIMINAL FORFEITURE

The allegations contained in Count One of this indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violation alleged in Count One of this indictment, punishable by imprisonment for more than one year, which count is re-alleged and incorporated as if more fully set forth herein, the defendants,

**MANUEL MARTINEZ-SERUANTES,**
**a/k/a Jesus Morales-Cervantes**
**and**
**DOROTHY BACKHOFF**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in:

    A.    Property constituting or derived from any proceeds the defendants obtained directly or indirectly as the result of such a violation; and

    B.    Property used in any manner or part to commit or to facilitate the commission of such a violation.

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

    A.    cannot be located upon the exercise of due diligence;

    B.    has been transferred or sold to, or deposited with, a third person;

    C.    has been placed beyond the jurisdiction of this Court;

    D.    has been substantially diminished in value; or

    E.    has been co-mingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

_____
4/20/05
DATE

_____
GREGORY R. MILLER
United States Attorney

_____
EDWIN KNIGHT
Assistant United States Attorney

3