# United States District Court
## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Time Commenced: 9:10am                              Case #   3:05CR24LAC

Time Concluded: 9:12am                              Date   Tuesday, July 26, 2005

DOCKET ENTRY:  SENTENCING as to Ct 1. Deft requests continuance of hearing so that records of previous convictions may be obtained.  Court grants continuance.

Interpreter Mary Grace Rosal-Loftin present and previously sworn.

PRESENT:    HONORABLE    LACEY A. COLLIER    , JUDGE    Mary Maloy-Wells
                                                           Deputy Clerk
            Mike Constantakos    Gwen Kesinger        Steve Preisser (for E. Knight)
                 USPO              Court Reporter            Asst. U.S. Attorney

U.S.A. vs.  MANUEL MARTINENZ-SERUANTES        Robert Dennis
            X present X custody ___bond ___O/R   X Apptd ___Retained  X present
                                                   Attorney for defendant

PROCEEDINGS:
Defendant  MANUEL MARTINEZ-SERUANTES           _X__is given opportunity to speak and
                                               ____speaks;  _____declines to speak

    His attorney: Robert Dennis                _X__speaks;  _____declines to speak


COURT PRONOUNCES JUDGMENT ON

(1)  Defendant MANUEL MARTINEZ-SERUANTES
                 See Formal Judgment


Court informs defendant of right to appeal X

_____ Bond is exonerated      _____ Bail on appeal fixed in amount of $_____

INITIALS OF DEPUTY CLERK    mmw